IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

EVISLANDYS BRITO,

      Appellant,

 v.                                    Case No.  5D21-3214
                                        LT Case No. 2005-CF-016201-A-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed July 12, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Luis Fernando Calderon, Judge.

Evislandys Brito, Daytona Beach,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and L. Charlene
Matthews, Assistant Attorney
General, Daytona Beach, for
Appellee.

PER CURIAM.

    AFFIRMED.

COHEN, EDWARDS and HARRIS, JJ., concur.